THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| WATSON GRINDING & MANUFACTURING CO., | § § § § | CASE NO. 20-30967 |
| | | (Chapter 11) |
| Debtor. | | |

| | | |
|---|---|---|
| GILBERTO FIGUEROA AND ISABELLA FIGUEROA, | § § § | |
| Plaintiffs, | § § | |
| | § | ADVERSARY NO. 20-03090 |
| v. | § § | |
| WATSON GRINDING AND MANUFACTURING CO., WATSON VALVE SERVICES, INC., KMHJ MANAGEMENT COMPANY, LLC, KMHJ, LTD., WESTERN INTERNATIONAL GAS & CYLINDERS, INC., AND MATHESON TRI-GAS, INC. | § § § § § § § § § § | |
| Defendants. | | |

**WESTERN INTERNATIONAL GAS & CYLINDERS, INC.
AND MATHESON TRI-GAS INC.'S STATEMENT PURSUANT TO FED. R. BANKR.
PROC. RULE 9027(e)(3) IN RESPONSE TO NOTICE OF REMOVAL**

Defendants Western International Gas & Cylinder, Inc. and Matheson Tri-Gas Inc. (collectively, "Western and Matheson") hereby submit this statement pursuant to Fed. R. Bankr. Proc. Rule 9027(e)(3), and in response to the Notice of Removal filed by Watson Grinding and Manufacturing Co. ("Debtor") on April 20, 2020.

ACTIVE 50272747v1

Western and Matheson consent to the entry of any final order or judgment by this Court in the lawsuit entitled *Gilberto Figueroa and Isabella Figueroa v. Watson Grinding and Manufacturing, Co., Watson Valve Services, Inc., KMHJ Management Company, LLC, KMHJ, Ltd., Western International Gas & Cylinders, Inc. and Matheson Tri-Gas, Inc.*; Cause No. 2020-08062, filed in the 61st Judicial District Court of Harris County, Texas.

DATED this 4th day of May, 2020.

Respectfully submitted,

GREENBERG TRAURIG, LLP
By: */s/ Karl D. Burrer*
Karl D. Burrer
Texas State Bar No. 24043584
BurrerK@gtlaw.com
1000 Louisiana St., Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile:  (713) 374-3505

-and-

Christopher M. LaVigne
Texas State Bar No. 24026984
LaVigneC@gtlaw.com
2200 Ross Ave., Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile:  (214) 665-3601

**COUNSEL FOR MATHESON TRI-GAS, INC. AND WESTERN INTERNATIONAL GAS & CYLINDERS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 4, 2020, I caused a copy of the foregoing to be served on the parties listed below through the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas or by First Class U.S. Mail, postage prepaid.

| | |
|---|---|
| MCMILLAN FIRM PLLC<br>Chance A. McMillan<br>Matthew Mendoza<br>Wayne Collins<br>440 Louisiana Street, Suite 1200<br>Houston, Texas 77002<br>***Attorneys for Plaintiffs*** | JONES MURRAY & BEATTY, LLP<br>Erin E. Jones<br>Ruth Van Meter<br>4119 Montrose Street, Suite 230<br>Houston, Texas 77006<br>***Attorneys for Debtor*** |
| JACKSON WALKER L.L.P.<br>Bruce J. Ruzinsky<br>1401 McKinney, Suite 1900<br>Houston, Texas 77010<br>***Attorneys for KMJH Management Company, LLC and KMJH, Ltd.*** | GIEGER, LABORDE & LAPEROUSE L.L.C.<br>Ernest P. Gieger, Jr.<br>701 Poydras Street, Suite 4800<br>New Orleans, Louisiana 70139<br>***Attorneys for Watson Valve Services, Inc.*** |
| The Silvera Firm<br>Robert C. Turner<br>17070 Dallas Parkway,<br>Dallas, Texas 75248<br>***Attorneys for KMJH Management Company, LLC and KMJH, Ltd.*** | MCCOY LEAVITT LASKEY, LLC<br>John V. McCoy<br>N19 W24200 Riverwood Drive, Suite 125<br>Waukesha, Wsiconsin 53188<br><br>Michael I. Ramirez<br>20726 Stone Oak Parkway, Suite 116<br>San Antonio, Texas 78258<br>***Attorneys for Watson Grinding and Manufacturing Co.*** |

      */s/ Karl D. Burrer*
      Karl D. Burrer

ACTIVE 50272747v1